**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6802**

_____

DARRYL MCLACE DAVIS,

                                        Plaintiff - Appellant,

        versus

HELEN F. FAHEY, Chairman of the Virginia
Parole Board, individual and official
capacity; GENE M. JOHNSON, Director of the
Virginia Department of Corrections, individual
and official capacity; DORIS L. EWING, Manager
of the Court and Legal Services Unit of the
Virginia Department of Corrections, individual
and official capacity,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  David G. Lowe, Magistrate
Judge. (CA-04-607)

_____

Submitted:  October 31, 2005        Decided:  November 17, 2005

_____

Before LUTTIG, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darryl McLace Davis, Appellant Pro Se.  Richard Carson Vorhis,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl McLace Davis appeals the order of the magistrate judge[*] denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>See</u> <u>Davis v. Fahey</u>, No. CA-04-607 (E.D. Va. Apr. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Pursuant to 28 U.S.C. § 636(c) (2000) and Fed. R. Civ. P. 73, the parties consented to jurisdiction of the magistrate judge.